IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO.  12-cv-1255-JD |
| **JOSEPH J. DOUGHERTY and BRIAN CHARLES DOUGHERTY, individually, and d/b/a VAULT ULTRA LOUNGE, a/k/a VAULT,** | : | |
| Defendants. | : | |

**O R D E R**

AND NOW, this 11th day of June, 2012, upon consideration of Defendant's [sic] Motion to Dismiss Pursuant to F.R.Civ.P. 12(b)(6) (Document No. 4, filed April 10, 2012), and Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss (Document No. 6, filed April 24, 2012), for the reasons set forth in the Memorandum dated June 11, 2012, **IT IS ORDERED** that defendants' Motion to Dismiss is **DENIED**.

**IT IS FURTHER ORDERED** a Preliminary Pretrial Conference will be convened in due course.

BY THE COURT:

\_\_\_/s/ Hon. Jan E. DuBois\_\_\_
**JAN E. DUBOIS, J.**